**FIRST DIVISION**
**DILLARD,**
**BOGGS and BRANCH, JJ.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/

**November 13, 2013**

# In the Court of Appeals of Georgia

A11A1859. SAULS v. THE STATE.

BOGGS, Judge.

In *Sauls v. State*, 293 Ga. 165 (744 SE2d 735) (2013), the Supreme Court reversed the judgment of this Court in *Sauls v. State*, 315 Ga. App. 98 (728 SE2d 241) (2012). We therefore vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Dillard and Branch, JJ., concur.*